**Order entered September 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00426-CR

### KASSANDRA MARTINEZ-HERNANDEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 2
### Dallas County, Texas
### Trial Court Cause No. F13-56452-I

## ORDER

Appellant's September 22, 2014 motion for extension of time to file appellant's reply brief is **GRANTED**. The time to file appellant's reply brief is **EXTENDED** to **October 23, 2014**.

/s/      LANA MYERS
        JUSTICE